FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 20, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAUL CLARRY and SHARDEL CLARRY, a married couple,<br><br>       Plaintiffs,<br><br>       v.<br><br>OLD REPUBLIC INSURANCE COMPANY, a foreign entity licensed to sell insurance in Washington, and JOHN JANE DOES 1-10, as parties with alleged responsibility or potential fault,<br><br>       Defendants. | No. 2:25-CV-00489-SAB<br><br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 10. Plaintiffs are represented by Isaiah T. Peterson, Jayde L. Kettner, Marcus Sweetser, and Marshall W. Casey. Defendant Old Republic Insurance Company is represented by Kimberly A. Reppart.

The parties stipulate and request the Court dismiss this matter with prejudice and without costs or attorney fees to any party. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

//

**ORDER OF DISMISSAL** * 1

Accordingly, **IT IS HEREBY ORDERED**:

1.    The parties' Stipulated Motion to Dismiss, ECF No. 10, is **GRANTED**.

2.    The above-captioned case is **DISMISSED with prejudice** and without costs or attorney's fees.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 20th day of April 2026.



_____
Stan Bastian
Chief United States District Judge

**ORDER OF DISMISSAL * 2**